JOHN TURCK, Respondent, *v.* RACHAEL ROBINSON, Appellant.

*Turck* v. *Robinson*, 105 App. Div. 627, affirmed.
(Submitted October 23, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 6, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*M. H. Sexton* for appellant.

*George M. Speaker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and CHASE, J. Absent: GRAY, J. Not sitting: HISCOCK, J.